1  William R. Hart, Esq., Bar No. 71127
   whart@hartkinglaw.com
2  Christopher R. Elliott, Esq., Bar No. 137278
   celliott@hartkinglaw.com
3  Kristen L. Erney, Esq., Bar No. 287450
   HART | KING
4  A PROFESSIONAL CORPORATION
   4 Hutton Centre Dr., Suite 900
5  Santa Ana, California 92707
   Telephone:   (714) 432-8700
6  Facsimile:   (714) 546-7457

7  Attorneys for Defendant, McHenry-Modesto, A California Limited Partnership

8
                    UNITED STATES DISTRICT COURT
9
          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
10

11  CYNTHIA HOPSON,                     )   Case No.  2:18-CV-03034-WBS-EFB
                                        )
12          Plaintiff,                  )
                                        )
13     vs.                              )   **STIPULATION AND ORDER TO**
                                        )   **CONTINUE STATUS CONFERENCE**
14  THE CHICKEN BARN, INC., as an       )
    entity and doing business as "Chicken )
15  Barn", SEE'S CANDY SHOPS,           )   Current Hearing Date:
    INCORPORATED, as an entity and      )   Date:  April 15, 2019
16  doing business as "See's Candies",  )   Time:  1:30 p.m.
    McHENRY-MODESTO, A                   )   Dept.: 5
17  CALIFORNIA LIMITED                   )
    PARTNERSHIP, and Does 1-10,         )
18                                      )
            Defendants.                 )
19                                      )

20                          STIPULATION

21         Plaintiff CYNTHIA HOPSON and Defendants SEE'S CANDY SHOPS,

22  INCORPORATED and McHENRY-MODESTO (the "Parties"), by and through their

23  attorneys of record, stipulate and agree that the Status Conference currently set for

24  April 15, 2019, be continued to May 28, 2019.  For the reasons set forth below, there

25  is good cause to continue the currently set April 15, 2019, Status Conference to May

26  28, 2019.

27         Defendant THE CHICKEN BARN, INC., has not yet appeared in this matter

28  and counsel is attempting to ascertain whether an appearance will be made.  Further,

HART | KING
A PROFESSIONAL CORPORATION
4 HUTTON CENTRE DRIVE, SUITE 900
SANTA ANA, CALIFORNIA 92707

1

continuing the Status Conference to May 28, 2019, will promote judicial efficiency as the extension of time will also allow the Parties to continue their settlement discussions and likely reach a settlement.

For these reasons, the parties seek to continue the currently set April 15, 2019, Status Conference to May 28, 2019.

Dated:  April 3, 2019                                    /s/Daniel Malakauskas_____
                                                                      By: Daniel Malakauskas, of,
                                                                      MALAKAUSKAS LAW, APC,
                                                                      Attorney for Plaintiff


Dated: April 3, 2019                                     /s/Joeseph Strella _____
                                                                      By: Joeseph Strella, of,
                                                                      CLAPP, MORONEY, VUCINICH,
                                                                      BEEMAN, and SCHELEY, APC
                                                                      Attorney for Defendant, *See's Candy Shops, Inc.*


Dated: April 3, 2018                                     /s/Christopher R. Elliott_____
                                                                      By: William A. Hart, of,
                                                                      HART KING, APC, Attorney for
                                                                      Defendant, *McHenry-Modesto*

## ORDER

Pursuant to the parties request and good cause appearing, the Court makes the following order:

The Status Conference currently set for April 15, 2019, is continued to May 28, 2019, at 1:30 p.m. in Courtroom 5 before the Honorable William B. Shubb.   A Joint Status Report shall be filed no later than May 14, 2019.

IT IS SO ORDERED.

Dated:  April 5, 2019                                    _____
                                                                      WILLIAM B. SHUBB
                                                                      UNITED STATES DISTRICT JUDGE

**HART | KING**
A PROFESSIONAL CORPORATION
4 HUTTON CENTRE DRIVE, SUITE 900
SANTA ANA, CALIFORNIA 92707

2