DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Cynthia Hopson**

JOSEPH W. STRELLA, JR., *Cal Bar. No.:178947*
CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY, APC
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Tel: 650-989-5400/Fax: 650-989-5499

*Attorneys for Defendant: **See's Candy Shops, Inc.***

CHRISTOPHER R. ELLIOTT, *Cal. Bar No.:137278*
HART KING, APC
4 Hutton Center Drive, Suite 900
Santa Ana, CA 92707
714-432-8700/Fax714-546-7457

*Attorney for Defendant*: **McHenry-Modesto, A California Limited Partnership**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CHICKEN BARN, INC**., as an entity and doing business as "Chicken Barn", **SEE'S CANDY SHOPS, INCORPORATED**, as an entity and doing business as "See's Candies", **McHENRY-MODESTO, A CALIFORNIA LIMITED PARTNERSHIP**, and DOES 1-50, Inclusive,<br><br>Defendant. | **CASE NO.: 2:18-cv-03034-WBS-EFB**<br><br>**ORDER GRANTING STIPULATED REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Date: September 28th, 2020<br>Time: 1:30 P.M.<br>Courtroom: 5, 14th Floor<br>Judge: William B. Shubb |

# ORDER

**IT IS HEREBY ORDERED,** good cause shown, the Status Conference set for September 28th, 2020 at 1:30 p.m. before the Honorable William B. Shubb, Courtroom 5, on the 14th Floor at the United States Federal Court House located at 501 I Street, Sacramento, CA 95814 will be continued until October 13th, 2020 at 1:30 p.m.    If the matter has not been settled and finalized, plaintiff's pretrial statement shall be filed no later than September 29, 2020, with defendant's pretrial statement to then be filed by October 6, 2020.

Dated:  September 16, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE