DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Cynthia Hopson**

JOSEPH W. STRELLA, JR., *Cal Bar. No.:178947*
CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY, APC
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Tel: 650-989-5400/Fax: 650-989-5499

*Attorneys for Defendant: **See's Candy Shops, Inc.***

CHRISTOPHER R. ELLIOTT, *Cal. Bar No.:137278*
HART KING, APC
4 Hutton Center Drive, Suite 900
Santa Ana, CA 92707
714-432-8700/Fax714-546-7457

*Attorney for Defendant*: ***McHenry-Modesto, A California Limited Partnership***

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**THE CHICKEN BARN, INC**., as an entity and doing business as "Chicken Barn", **SEE'S CANDY SHOPS, INCORPORATED**, as an entity and doing business as "See's Candies", **McHENRY-MODESTO, A CALIFORNIA LIMITED PARTNERSHIP**, and DOES 1-50, Inclusive,<br><br>　　　　　　Defendant. | **CASE NO.: 2:18-cv-03034-WBS-EFB**<br><br>**ORDER GRANTING STIPULATED REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>　Date: October 13th, 2020<br>　Time: 1:30 P.M.<br>　Courtroom: 5, 14th Floor<br>　Judge: William B. Shubb |

# ORDER

**IT IS HEREBY ORDERED,** good cause shown, the Status Conference set for October 13th, 2020, at 1:30 p.m. before the Honorable William B. Shubb, Courtroom 5, on the 14th Floor at the United States Federal Court House located at 501 I Street, Sacramento, CA 95814 will be continued until **November 23, 2020 at 1:30 p.m.** in Courtroom 5.  If the matter has not been settled and finalized, plaintiff's pretrial statement shall be filed no later than **November 9, 2020**, with defendant's pretrial statement to then be filed by **November 16, 2020**.  The Jury Trial is continued from November 24, 2020 to **January 12, 2021 at 9:00 a.m**. in Courtroom 5 (WBS).

Dated:  September 29, 2020

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE