DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Cynthia Hopson**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON,**<br><br>        Plaintiff,<br><br>v.<br><br>**THE CHICKEN BARN, INC.**, as an entity and doing business as "Chicken Barn", **SEE'S CANDY SHOPS, INCORPORATED**, as an entity and doing business as "See's Candies", **McHENRY-MODESTO, A CALIFORNIA LIMITED PARTNERSHIP**, and DOES 1-50, Inclusive,<br><br>        Defendant. | Case No.: 2:18-CV-03034 WBS JDP<br><br>**ORDER GRANTING REQUEST FOR EXTENSION TO FILE DISMISSAL DOCUMENTS** |

**ORDER:**

**IT IS HEREBY ORDERED,** Good Cause Shown, that the Parties shall file their Dismissal Documents no later than February 19, 2021, or a joint status report if settlement has not been finalized by that date. The Status Conference is continued from February 1, 2021 to March 1, 2021 at 1:30 p.m.

Dated: January 20, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE