DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Cynthia Hopson**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON,**<br><br>                    Plaintiff,<br><br>v.<br><br>**THE CHICKEN BARN, INC.**, as an entity and doing business as "Chicken Barn", **SEE'S CANDY SHOPS, INCORPORATED**, as an entity and doing business as "See's Candies", **McHENRY-MODESTO, A CALIFORNIA LIMITED PARTNERSHIP**, and DOES 1-50, Inclusive,<br><br>                    Defendant. | Case No.: 2:18-CV-03034-WBS-EFB<br><br>**ORDER GRANTING REQUEST FOR EXTENSION TO FILE DISMISSAL DOCUMENTS** |

### ORDER:

**IT IS HEREBY ORDERED,** Good Cause Shown, that the Parties be granted an additional thirty (30) days to file Dismissal Documents to no later than **March 19, 2021**.  The Status Conference is continued from March 1, 2021 to *March 29, 2021 at 1:30 p.m.*

Dated:  February 22, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE